No. 4601.—EL PUEBLO DE PUERTO RICO, apldo., v. OLIVERAS, aplte.—C. D. Ponce. <span style="background:black"> </span> Diciembre 22, 1931.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, la presente apelación se basa en que la corte erró al apreciar la prueba como suficiente para declarar culpable al acusado y al dictar sentencia contraria a derecho y a las pruebas; y

POR CUANTO, examinados los autos y los alegatos la corte estima que la prueba aportada es bastante y que la sentencia no es contraria a derecho ni a las pruebas;

POR TANTO, se declara sin lugar el recurso y se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce el 23 de abril de 1931.